## FIRST DISTRICT.

**The People of the State of Illinois for use of George Mosher et al., trustees under the last will and testament of Diana R. Chaffee, deceased, plaintiffs in error, v. Myron W. Whittemore, defendant in error. Gen. No. 24,053.**

Action upon an executor's bond. Judgment for defendant on a directed verdict. Error to the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed December 4, 1918.

King, Brower & Hurlbut, for plaintiffs in error. No appearance for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**Mary M. Fenner, appellee, v. Anton J. Cermak, bailiff of Municipal Court, and Everett W. Maynard, appellants. Gen. No. 24,058.**

Trial of right of property. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed December 4, 1918.

Adams, Crews, Bobb & Wescott, for appellants. Davis, McDonnell & Sager, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**Samuel E. Moist, trading as Union Piano Company, appellant, v. Joseph Friedman, appellee. Gen. No. 23,961.**

Action upon assignment of wages. Verdict and judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Charles N. Goodnow, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed December 4, 1918.

Vincent D. Wyman, Harry C. Kinne and Charles E. Carpenter, for appellant. No appearance for appellee.

Mr. Justice Taylor delivered the opinion of the court.